IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MCCLINTIC,** : | CIVIL NO. 1:14-CV-2005 |
|     Plaintiff : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **SUPERINTENDENT TAB BICKELL,** : | |
| **DEPUTY SUPER J.A. ECKARD,** : | |
| **CAPT. HARRIS, LT. JOHNSON,** : | |
| **LT. TAYLOR, D.D. MORNINGSTAR,** : | |
|     Defendants : | |

## ORDER

AND NOW, this 10th day of July, 2015, upon consideration of defendants' motion for summary judgment on the limited issued of exhaustion (Doc. 18), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion for summary judgment on the limited issued of exhaustion (Doc. 18) is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff on all counts of the complaint based on plaintiff's failure to exhaust the available administrative remedies.

2. All other pending motions are DISMISSED. (Docs. 28, 33).

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                              /S/ CHRISTOPHER C. CONNER
                            Christopher C. Conner, Chief Judge
                            United States District Court
                            Middle District of Pennsylvania